QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
GUADALUPE GUILLERMO LOPEZ-NAVARETTE


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-05-393-LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| GUADALUPE GUILLERMO LOPEZ-NAVARETTE, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

_____

        On November 1, 2005, the Plaintiff United States of America and

Defendant LUIS FERNANDO LOMELI-RODRIGUEZ, through their respective

attorneys, agreed to continue this case from November 1, 2005, to

November 8, 2005, at 9:30 a.m., for a change of plea and sentencing.

        The parties further agreed that the time period from November 1,

2005, to November 8, 2005, be excluded under the Speedy Trial Act, 18

U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to

grant such a continuance would deny counsel for the defendants the

reasonable time necessary for effective preparation, taking into

/ /

/ /

1    account the exercise of due diligence.

2         A proposed order to this effect is attached.

3         Dated: November 1, 2005        Respectfully submitted,

4                                        QUIN DENVIR
                                         Federal Defender
5

6                                        /s/ Daniel J. Broderick
7    _____              _____
                                         DANIEL J. BRODERICK
8                                        Chief Assistant Federal Defender

9                                        Attorneys for Defendant
                                         GUADALUPE GUILLERMO LOPEZ-NAVARETTE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-393-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| GUADALUPE GUILLERMO LOPEZ- ) | Judge: Hon. Lawrence K. Karlton |
| NAVARETTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____

        Pursuant to the agreement of the parties, made in open court on
November 1, 2005, IT IS HEREBY ORDERED that, for the reasons stated by
the parties' attorneys in court, the time period from November 1, 2005,
to November 8, 2005, be excluded under the Speedy Trial Act, 18 U.S.C.
§3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such
a continuance would deny counsel for the defendants the reasonable time
necessary for effective preparation, taking into account the exercise
of due diligence.


        Dated: November 1, 2005     ___/s/ Lawrence K. Karlton____
                                    HONORABLE LAWRENCE K. KARLTON
                                    United States District Judge

1